AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.          ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Quentin Liddell*                                                           October 28, 2024

(By) DEPUTY CLERK                                                    DATE

Civil Action No.   1:24-CV-10973

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Abbott Laboratories Employees Credit Union**
was recieved by me on  **10/28/2024:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Teddy Alaniz**, who is designated by law to accept service of process on behalf of **Abbott Laboratories Employees Credit Union** at **325 Tri State Pkwy, Gurnee, IL 60031** on **10/31/2024 at 2:43 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 67.84** for services, for a total of **$ 67.84**.

I declare under penalty of perjury that this information is true.

Date:  10/31/2024

*Server's signature*

**Mark Edds**
*Printed name and title*

**227 W. Monroe Street
Suite 2117
Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL CASE; ORIGINAL COMPLAINT—CLASS ACTION, to Teddy Alaniz who identified themselves as the corporate officer with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**





Tracking #: **0147596836**