# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Lloyd Garcia, et al.

                Plaintiff,

v.                 Case No.: 1:24−cv−10973
                Honorable Thomas M. Durkin

Abbott Laboratories Employees Credit Union

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 18, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion for extension of time to answer [5] is granted. Defendant Abbott Laboratories Employees Credit Union is to answer or otherwise respond to Plaintiffs' Complaint by 1/13/2025. The 1/3/2025 joint status report deadline is extended to 1/27/2025. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.