## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Lloyd Garcia, et al.

                                                      Plaintiff,

v.                                                                                            Case No.: 1:24−cv−10973
                                                                                         Honorable Thomas M. Durkin

Abbott Laboratories Employees Credit Union

                                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2025:

       MINUTE entry before the Honorable Thomas M. Durkin: Unopposed motion to stay all deadlines pending resolution of Plaintiffs' motions to reassign and consolidate [8] is granted. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.