# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Lloyd Garcia, et al.

                                Plaintiff,

v.                                      Case No.: 1:24−cv−10973

                                      Honorable Franklin U. Valderrama

Abbott Laboratories Employees Credit Union

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2025:

        MINUTE entry before the Executive Committee: Case Reassigned to the Honorable Franklin U. Valderrama. The Honorable Thomas M. Durkin no longer assigned to the case pursuant to Local Rule 40.4. Mailed notice (td, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.