UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Lloyd Garcia, et al.
                                        Plaintiff,

v.                                      Case No.: 1:24−cv−10973
                                        Honorable Franklin U.
                                        Valderrama

Abbott Laboratories Employees Credit
Union
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2025:

   MINUTE entry before the Honorable Franklin U. Valderrama: Based on the consolidation of this matter into 24−cv−10930, In re: Abbott Laboratories Employees Credit Union Data Breach Litigation, this case is closed. Civil case terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.